IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS McMILLAN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-7104 |
| WILKIE TRUCKING INC. ET AL. : | |

# O R D E R

**AND NOW,** this 21st day of February, 2014, upon consideration of Plaintiff's Motion to Remand (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED**, that the Motion to Remand is **GRANTED**.  It is further **ORDERED** that this matter be **REMANDED** to the Court of Common Pleas for the County of Philadelphia.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*

**U.S. District Judge**